**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DAVID KRAUS, on behalf of himself and
all other similarly situated consumers,

Plaintiff,

vs.

MONARCH RECOVERY MANAGEMENT, INC.,

Defendant.

**Civil Action No.**
**1:17-cv-03793-ARR-SJB**

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective

counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal

Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated:    August 17, 2018

By:____*/s/ Adam J. Fishbein*_____
Adam J. Fishbein, Esq.
Attorney At Law
735 Central Avenue
Woodmere, New York 11598
(516) 668-6945
*Attorneys for Plaintiff*


By: ___*/s/ Joseph A. Hess*_____
Marshall Dennehey Warner Coleman & Goggin
Wall Street Plaza
88 Pine St., 21st Floor
New York, NY 10005-1801
(212) 376-6438
*Attorneys for Defendant*