**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DAVID KRAUS, on behalf of himself and
all other similarly situated consumers,

                Plaintiff,

vs.

MONARCH RECOVERY MANAGEMENT, INC.,

                Defendant.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 27 2018 ★

BROOKLYN OFFICE

Civil Action No.
1:17-cv-03793-ARR-SJB

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated:   August 17, 2018

By: _/s/ Adam J. Fishbein_
Adam J. Fishbein, Esq.
Attorney At Law
735 Central Avenue
Woodmere, New York 11598
(516) 668-6945
*Attorneys for Plaintiff*

/s/(ARR)
USDJ

By: _/s/ Joseph A. Hess_
Marshall Dennehey Warner Coleman & Goggin
Wall Street Plaza
88 Pine St., 21st Floor
New York, NY 10005-1801
(212) 376-6438
*Attorneys for Defendant*